**Order entered March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00161-CV

### IN RE RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02152**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.


/s/      ADA BROWN
JUSTICE